```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Linda Harter, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    ANDREA S. MOON
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  DALE PARREL

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    )  Mag. No. 2:11-MJ-270 EFB
15                               )
                   Plaintiff,    )
16                               )  STIPULATION AND ORDER TO VACATE
         v.                      )  AND RESET COURT TRIAL DATE
17                               )
    DALE PARREL,                 )
18                               )  Date:  October 18, 2011
                   Defendant.    )  Time:  10:00 a.m.
19                               )  Judge: Hon. Edmund F. Brennan
    _____)
20

21

22      The United States of America, through DAVID PETERSEN, Special

23  Assistant United States Attorney, together with defendant, DALE PARREL,

24  by counsel LINDA HARTER, Chief Assistant Federal Defender, stipulate to

25  vacate the court trial date set for October 18, 2011 at 10:00 am and

26  reset the court trial date for December 12, 2011 at 10:00 am.  Mr.

27  Parrel has regularly scheduled dialysis treatments on Tuesdays,

28  Thursdays and Saturdays, and as a result, would be unable to make a
```

1  Tuesday court trial date.

3  Dated:  September 22, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
DALE PARREL

11  Dated:  September 22, 2011          BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ David Petersen
                                        David Petersen
                                        Special Assistant U.S. Attorney


                                ORDER

17  IT IS SO ORDERED.

18  Dated: September 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER   -2-