DANIEL J. BRODERICK, #89424
Federal Defender
Linda Harter, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANDREA S. MOON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DALE PARREL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 2:11 MJ 270 EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO VACATE |
| v. | ) | COURT TRIAL AND RESET FOR STATUS |
| | ) | CONFERENCE DATE |
| DALE PARREL, | ) | |
| | ) | |
| Defendant. | ) | Date:  December 12, 2011 |
| | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. Edmund F. Brennan |

The United States of America, through David Petersen, Special Assistant United States Attorney, together with defendant, Dale Parrel, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the court trial set for December 12, 2011 at 10:00 am and reset for a status conference for January 9, 2012 at 2:00 pm.  Mr. Parrel is incapacitated at Florin Convalescent Hospital and the defense is unable

1 | to gather any information as to a potential release date.

2 | Dated:   December 7, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
DALE PARREL

10 | Dated: December 7, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ David Petersen
David Petersen
Special Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated:   December 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [P~~ROPOSE~~D] ORDER   -2-