1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Linda Harter, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANDREA S. MOON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
DALE PARREL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. No. 2:11-mj-270 EFB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VACATE<br>) CHANGE OF PLEA AND RESET DATE |
| DALE PARREL, | ) |
| Defendant. | ) Date:  April 9, 2012<br>) Time:  10:00 a.m.<br>) Judge: Hon. Edmund F. Brennan |

The United States of America, through David Petersen, Special Assistant United States Attorney, together with defendant, Dale Parrel, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the change of plea hearing set for April 9, 2012 at 10:00 a.m. and reset it for April 23, 2012 at 10:00 a.m..

Mr. Parrel has been very ill and unable to effectively discuss the Rule 11 colloquy with defense counsel until very recently.  As a result, his signed Rule 11 colloquy will not be available for the

court's review until after April 9.

Dated:   April 6, 2012

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Benjamin D. Galloway
                                        BENJAMIN D. GALLOWAY
                                        Assistant Federal Defender for
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        DALE PARREL

Dated: April 6, 2012              BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ David Petersen
                                        David Petersen
                                        Special Assistant U.S. Attorney

                                             ORDER

IT IS SO ORDERED.

Dated: April 9, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER   -2-